## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. FAULK, et al., | Case No. 23-5132-MWF(MAAx) |
| Plaintiffs, | FINAL JUDGMENT AS TO CERTAIN PARTIES AND CLAIMS |
| v. | |
| GENERAL ELECTRIC COMPANY, et al., | |
| Defendants. | |

On March 25, 2025, in the Court's Order Re: Plaintiffs' Motion to Remand (Docket No. 246), the Court held that it would retain supplemental jurisdiction over this action through the adjudication of all pending dispositive motions.

The Court has since adjudicated those motions. On July 3, 2025, the Court **GRANTED** *without leave to amend* a Motion for Judgment on the Pleadings in favor of Defendant T.A. Aersospace Co. (*See* Docket No. 268). On February 3, 2026, the Court **GRANTED** a Motion for Summary Judgment in favor of Defendant Lockheed Martin Corporation and **GRANTED** *in part* a Motion for Summary Judgment filed by Defendant Rohr, Inc. (*See* Docket No. 295).

Good cause having been shown, finding no just reason for delay, and pursuant to Rules 54(b) and 58(a) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action as to certain parties and claims be entered as follows:

1. Judgment is entered in favor of Defendant Lockheed Martin Corporation and against Plaintiffs, who shall take nothing from their Complaint against Lockheed.

2. Judgment is entered in favor of Defendant T.A. Aerospace Co. and against Plaintiffs, who shall take nothing from their Complaint against T.A. Aerospace.

3. Judgment is entered in favor of Defendant Rohr, Inc., as to those claims specified in the Court's Order dated February 3, 2026. (Docket No. 295).

4. Defendants Lockheed Martin Corporation and T.A. Aerospace Co. are awarded costs and fees as provided by law, subject to any stipulation by the parties.

Dated: February 26, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge