UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

**Case No.** **CV 23-5132-MWF(MAAx)**                    **Date:  February 26, 2026**
Title:     Gary L. Faulk, et al. v. General Electric Company, et al.

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| | |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER REMANDING ACTION

Pursuant to the Final Judgment as to Certain Parties and Claims being entered concurrently and the Court's Order Re: Plaintiffs' Motion to Remand, filed on March 25, 2025 (Docket No. 246), this action is now **REMANDED** to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.